**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SUZANNE RAWLINS,

    Plaintiff,

vs.                                                                    CASE NO. 8:13-CIV-1060-T-EAK-TBM

PHYSICIANS UNITED PLAN, INC.,

    Defendant.

_____/

**ORDER GRANTING MOTION**

    This cause is before the Court on the joint motion for stay (Doc. 22). The parties seeks a stay. The Court finds the motion well-taken and finds this cause should be administratively closed pending the resolution of the plaintiff's medical issues. Accordingly, it is

    **ORDERED** that the joint motion for stay (Doc. 22) be **granted and this cause be administratively closed** and the plaintiff is directed to file a status report on this case every sixty days beginning on April 1, 2014. At the time the plaintiff is cleared to appear at a deposition, the plaintiff shall notify the Court to lift the administrative closure and the parties will then have fourteen days to file an amended case management report. The Court vacates all the deadlines that were previously set. The Clerk of Court shall administratively close this case.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 21st day of February, 2014.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record